UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

CASE NO:  08-00776-JW

AMENDED
ORDER TO PAY TRUSTEE

The relief set forth on the following pages for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**10/31/2008**



**Entered: 10/31/2008**

*John E Waites*

Chief US Bankruptcy Court Judge
District of South Carolina

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL L. THOMAS<br>241 DARCY AVENUE<br>GOOSE CREEK, SC  29445<br>SSN #: XXX-XX-9703<br>Debtor | CASE NO:  08-00776-JW<br><br>(CHAPTER 13)<br><br>**AMENDED**<br><br>**ORDER TO PAY TRUSTEE** |

    Upon representation of the trustee, or other interested party, the court finds that:

    The above named Debtor has pending in this court a proceeding for a wage earner's plan under chapter 13 of the bankruptcy code and pursuant of the provisions of said statute and of the Debtor's plan, the Debtor has submitted all future earnings and wages to the exclusive jurisdiction of this court for all the purpose of completing the plan; and

    That under the provisions of Section 1325(b) of the Bankruptcy Code, 11 USC Sec. 1325(b), any entity from whom the Debtor receives income may be required, upon the order of this court, to pay over all or any part of such income to the trustee and that such order is necessary and proper.

Now therefore,

    **IT IS ORDERED**, that, until further order of this court, the following entity:

    MANTECH SYSTEMS ENGINEERING CO
    12015 LEE JACKSON HWY
    FAIRFAX, VA  22033-3300

shall submit monies according to the following schedules, unless the start date is prior to the filed order date as shown on the cover page of this order; if this is the case then use the filed date of this order as the start date.

| Debtor Name | Start Date | Number Of Months | Monthly Payment Amount |
|---|---|---|---|
| MICHAEL L. THOMAS | 03/06/2008 | 57.00 | $735.00 |

The above payment schedules should include any period for which the Debtor receives periodic, or lump sum payment for vacation, termination, disability, or other benefits and to remit the sums so deducted to the trustee:

    James M. Wyman, Trustee
    P.O. Box 110
    Memphis, TN  38101-0110
    (843) 388-9844 x111

    **IT IS FURTHER ORDERED** that the employer shall notify the trustee if the employment of the Debtor is terminated.

    **IT IS FURTHER ORDERED** that this Order supercedes any previous Orders, except previous Family Court support orders which shall continue in full for and effect.