**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

CASE NO: 08-00776-JW

CONSENT ORDER

    The relief set forth on the following pages for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**03/13/2009**



Entered: 03/16/2009

*John E Waites*

Chief US Bankruptcy Court Judge
District of South Carolina

C:\WINDOWS\TEMP\{649DC327-8A75-4E29-9168-96D34A569BA5}.rpt

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CASE NO: 08-00776-JW |
| MICHAEL L. THOMAS | (CHAPTER 13) |
| 241 DARCY AVENUE<br>GOOSE CREEK, SC  29445 | CONSENT ORDER RESOLVING TRUSTEE'S<br>MOTION TO DISMISS FOR NON-PAYMENT |
| Debtor | |

    This matter comes before the court upon the Trustee's Motion to Dismiss for Non-payment. It appears that the Debtor and the Trustee have reached an agreement resolving the Motion.

    To cure the delinquency of $3,267.46 through February 2009, the Debtor agree(s) to make the following payments:

**$735.00 regular payment plus extra $410.00, Totaling $1145.00, March 2009 through November 2009 and resume regular payment of $735.00 December 2009**

Resume regular monthly payments of $735.00 beginning **December 2009**.

    Based on the agreement of the parties,

    IT IS HEREBY ORDERED that the motion to dismiss for non-payment is denied based upon the above agreement.

    IT IS FURTHER ORDERED that, if the Debtor fail(s) to make payments pursuant to this Consent Order or fails to make any future payments, this case may be dismissed upon written request of the Trustee, without further notice or hearing.

    AND IT IS SO ORDERED.

Dated: March 12, 2009

| | |
|---|---|
| I CONSENT: | I CONSENT: |
| /s/ELIZABETH M ATKINS ESQ | /s/James M. Wyman |
| Debtor's Attorney | James M. Wyman |